JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SHACAR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION LLC; FIRST CITY CREDIT UNION; and PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　Defendants. | Case No. 2:20-CV-11115-AB (RAOx)<br><br>**ORDER DISMISSING CIVIL ACTION AND VACATING ALL UPCOMING DATES** |

　　THE COURT having been advised by Plaintiff Anthony Shacar and Defendant Portfolio Recovery Associates, LLC that the above-entitled action has been settled;

　　**IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **seventy (70) days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All pre-trial and trial dates are **VACATED.**

Dated:  January 18, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.