# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SHACAR,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC; FIRST CITY CREDIT UNION; and PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendants. | Case No.: 2:20-cv-11115-AB-RAO<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice as to Defendant Portfolio Recovery Associates, LLC,

**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**, and that all claims asserted against Defendant Portfolio Recovery Associates, LLC in this action are **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Date: February 15, 2022

_____
Honorable André Birotte Jr.
United States District Judge

- 1 -